UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

─────────────────────────────────

CURTIS ZAMERSKI and RICHARD KOHL,

                                    Plaintiffs,

vs.

TERRENCE L. BODEWES, JAMES MALONEY,
VINCENT FETES, ERNEST BOUCHARD,
THOMAS HERR, DARYL BODEWES,
GEORGE FERRARO and JAMES BIDDLE, SR.,
personally and in their capacities as Trustees
and plan fiduciaries,

                                    Defendants.

─────────────────────────────────

TERRENCE L. BODEWES, JAMES MALONEY,
VINCENT FETES, DARYL BODEWES,
JAMES BIDDLE, SR., GEORGE FERRARO and
THOMAS HERR,

                    Third-Party Plaintiffs,

vs.

ULICO CASUALTY COMPANY,

                    Third-Party Defendant.

─────────────────────────────────

**NOTICE OF MOTION AND
CROSS-MOTION FOR
SUMMARY JUDGMENT**


Civil Action No.: 01-CV-0365C

        PLEASE TAKE NOTICE THAT upon this Notice of Motion and Cross-Motion for

Summary Judgment, the Affidavit of Mark A. Costello, Esq. in Support of Third-Party Plaintiffs'

Cross-Motion for Summary Judgment, sworn to January 30, 2004, and the Exhibit A appended

thereto, the Affidavit of Daniel J. Sperrazza, Esq. in Support of Third-Party Plaintiffs' Cross-

Motion for Summary Judgment, sworn to January 30, 2004, the Affidavit of R. Scott DeLuca,

Esq. in Support of Third-Party Plaintiffs' Cross-Motion for Summary Judgment, sworn to

January 30, 2004, and the Exhibit A appended thereto, Defendants/Third-Party Plaintiffs

Statement pursuant to Local Rule of Civil Procedure 56.1, the Memorandum of Law on Behalf of Defendants/Third-Party Plaintiffs Terrence L. Bodewes, Thomas Herr, James Biddle, Sr., and George Ferraro in Support of Defendants' Cross-Motion for Summary Judgment and in Opposition to Third-Party Defendant Ulico Casualty Company's Motion for Summary Judgment, and all prior pleadings and proceedings herein, DEFENDANTS/THIRD-PARTY PLAINTIFFS TERRENCE L. BODEWES, THOMAS HERR, JAMES BIDDLE, SR., AND GEORGE FERRARO will move this Honorable Court, Honorable John T. Curtin, Senior United States District Judge, Presiding, at a date and time to be determined by the Court, at the United States Court House, 68 Court Street, Buffalo, New York, for an Order granting Defendants/Third-Party Plaintiffs' cross-motion for summary judgment pursuant to Federal Rule of Civil Procedure 56, denying Third-Party Defendant ULICO Casualty Company's motion for summary judgment, and for such other relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Local Rule of Civil Procedure 56.1(e), the moving party intends to file and serve reply papers.  Pursuant to the scheduling order issued by the Court subsequent to the filing of Third-Party Defendant ULICO Casualty Company's  motion for summary judgment (dated December 19, 2003), all opposing and reply papers to be submitted by Third-Party Defendant ULICO Casualty Company must be filed and served no later than March 12, 2004.  Moreover, pursuant to the scheduling order issued by the Court subsequent to the filing of Third-Party Defendant ULICO Casualty Company's  motion for summary judgment (dated December 19, 2003), all reply papers to be submitted by Defendants/Third-Party Plaintiffs Terrence L. Bodewes, Thomas Herr, James Biddle, Sr., and George Ferraro must be filed and served no later than April 2, 2004.

Oral argument of this cross-motion is requested.

Dated: Buffalo and Rochester, New York
   January 30, 2004

**BOYLAN, BROWN, CODE,**
**VIGDOR & WILSON, LLP**

By:   s/Mark A. Costello    
Mark A. Costello, Esq., of Counsel
***Attorneys for Defendants and***
***Third-Party Plaintiff Terrence L. Bodewes***
2400 Chase Square
Rochester, New York  14604
(585) 232-5300

**DAMON & MOREY LLP**

By:   s/R. Scott DeLuca   
R. Scott DeLuca, Esq., of Counsel
***Attorneys for Defendants and***
***Third-Party Plaintiffs James Biddle, Sr.***
***and George Ferraro***
1000 Cathedral Place
298 Main Street
Buffalo, New York 14202-4096
(716) 856-5500

**COHEN & LOMBARDO, P.C.**

By:   s/Daniel J. Sperrazza   
Daniel J. Sperrazza, Esq., of Counsel
***Attorneys for Defendants and***
***Third-Party Plaintiff Thomas Herr***
343 Elmwood Avenue; P.O. Box 5204
Buffalo, New York  14213-5204
(716) 881-3010

TO:  **LEVY RATNER P.C.**
   Richard A. Levy, Esq.
   Owen Rumelt, Esq.
   ***Attorneys for Plaintiffs***
   ***Curtis Zamerski and Richard Kohl***
   80 Eighth Avenue
   New York, New York 10011-5126
   (212) 627-8100

**HISCOCK & BARCLAY, LLP**
Anthony J. Piazza, Esq.
***Attorneys for Third-Party Defendant***
***ULICO Casualty Company***
2000 HSBC Plaza
Rochester, New York 14604
(585) 325-7570

Michael Rickard, II, Esq.
***Attorney for Defendant/Third-Party Plaintiff***
***Vincent Fetes***
24A Old Lyme Road, Suite 4
Williamsville, New York 14221
(716) 689-4445

Lawrence C. Brown, Esq.
***Attorney for Defendant/Third-Party Plaintiff***
***Daryl Bodewes***
360 Dingens Street
Buffalo, New York 14206
(716) 826-0770

<u>**CERTIFICATE OF SERVICE**</u>

I, R. Scott DeLuca, Esq., certify that on the 30th day of January, 2004, a copy of the annexed Notice of Motion and Cross-Motion for Summary Judgment was sent to counsel of record in this action, via first class mail, at the following addresses:

| | |
|---|---|
| **LEVY RATNER P.C.** | **HISCOCK & BARCLAY, LLP** |
| Richard A. Levy, Esq. | Anthony J. Piazza, Esq. |
| Owen Rumelt, Esq. | 2000 HSBC Plaza |
| 80 Eighth Avenue | Rochester, New York 14604 |
| New York, New York 10011-5126 | |
| | |
| Michael Rickard, II, Esq. | Lawrence C. Brown, Esq. |
| 24A Old Lyme Road, Suite 4 | 360 Dingens Street |
| Williamsville, New York 14221 | Buffalo, New York 14206 |

s/R. Scott DeLuca
_____
R. Scott DeLuca, Esq.